| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | GEORGE C. HARRIS (CA SBN 111074)<br>GHarris@mofo.com<br>MALLORY MORALES (CA SBN 324094)<br>MMorales@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |
| 6<br>7 | Attorneys for Defendant<br>EFREN CONTRERAS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>RIVERA, *et al.*,<br>　　　　　Defendants. | | Case No.　19-cr-00054-RS-6 (LB)<br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE NOVEMBER 5, 2019 STATUS CONFERENCE TO NOVEMBER 12, 2019** |

MOTION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
Case No. 19-cr-00054-RS

1  The parties are currently scheduled to appear before the Court on November 5, 2019 at 2:30 p.m. for a status conference. Counsel for defendant Efren Contreras has a hearing in Solano Superior Court at the same time as the status conference in this matter. The parties therefore jointly request that the Court continue the November 5, 2019 status conference as regards Mr. Contreras and set a status conference for November 12, 2019 at 2:30 p.m.

In addition, the parties agree and jointly request that the time between November 5, 2019 and November 12, 2019 be excluded in order to provide reasonable time necessary for the effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO STIPULATED:

DATED: October 15, 2019

    /s/ *George C. Harris*
    GEORGE C. HARRIS
    Attorney for Efren Contreras

    DAVID L. ANDERSON
    United States Attorney
    Northern District of California

    /s/ *Shailika S. Kotiya*
    SHAILIKA S. KOTIYA
    Assistant United States Attorney

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court vacates the November 5, 2019 status conference and sets a status conference for November 12, 2019 at 2:30 p.m. The Court finds that the exclusion of time from November 5, 2019, through and including November 12, 2019, is warranted.

DATED: 10/16/19

    HON. RICHARD SEEBORG
    United States District Judge