1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4
   ROSS WEINGARTEN (NYBN 5236401)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6747
       FAX: (415) 436-7234
8      Ross.weingarten@usdoj.gov

9  Attorneys for United States of America

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )  NO. CR 19-0054-06 RS
                                     )
14          Plaintiff,               )
                                     )
15     v.                            )  STIPULATION REGARDING TRIAL DATE,
                                     )  PRETRIAL FILING DEADLINES AND
16  EFREN CONTRERAS,                 )  ORDER
                                     )
17          Defendant.               )
                                     )
18  _____)

19
20        The United States of America, by and through its counsel of record, the United States Attorney

21  for the Northern District of California and Assistant United States Attorney Ross Weingarten, and

22  defendant Franklin Quiros, by and through his counsel of record, Candis Mitchell, hereby stipulate as

23  follows:

24        1.      This case is currently scheduled to begin trial on June 22, 2020, with a pretrial conference

25  scheduled on June 3, 2020.  Given the current situation regarding the COVID-19 virus, the parties

26  believe it is best to continue the trial date.  Accordingly, the parties propose that the trial date be moved

27  to Monday, October 19, 2020.  The pretrial conference would be held on September 30, 2020 at 10:00

28  a.m.  The defendant agrees to the rescheduling of the trial date.

STIPULATION AND ORDER
CASE NO. CR 19-0054 RS

2.      Accordingly, the parties agree to vacate the current pretrial filing deadlines and set the following deadlines in advance of trial:

| EVENT | DATE |
|---|---|
| Deadline to Meet and Confer regarding Pretrial Statement<br>Produce Jenks and Giglio/Henthorn Material<br>Produce any Certified Translations | September 11, 2020 |
| Joint Pretrial Statement and Proposed Order<br>Stipulations of Fact<br>Joint Exhibit List<br>Witness List<br>Motions in Limine<br>Physical Exhibits/Demonstratives Exchanged | September 18, 2020 |
| Submission of Trial Exhibits to Court<br>Oppositions to Motions in Limine<br>Jury Questionnaire<br>Additional Jury Voir Dire Questions (if any)<br>Proposed Jury Instructions<br>Proposed Verdict Form<br>Optional Trial Brief | September 25, 2020 |
| Pretrial Conference | September 30, 2020 |
| Jury Pool Fills Out Questionnaire | October 16, 2020 |
| Jury Selection | October 19, 2020 |

The defendant has been advised of the change of trial date and has no objection to the continuance.

In addition, the parties agree that in order to allow for the effective preparation of counsel for the defendant, time should be excluded under the Speedy Trial Act between June 22, 2020 and October 19, 2020.

//

//

//

//

//

//

STIPULATION AND ORDER CASE NO.
CR 19-0054 RS

1    The undersigned Assistant United States Attorneys certify that they have obtained approval from

2  counsel for the defendant to file this stipulation and proposed order.

3

4    IT IS SO STIPULATED.

5

6  DATED:  May 1, 2020                         DAVID L. ANDERSON
                                              United States Attorney
7

8                                                  _/s/_____
                                              ROSS WEINGARTEN
9                                              SHAILIKA KOTIYA
                                              Assistant United States Attorneys
10

11                                                 _/s/_____
                                              GEORGE HARRIS
12                                              Attorney for Efren Contreras

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CASE NO.
CR 19-0054 RS

1

**ORDER**

2          For the reasons stated above, the Court adopts the trial date and deadlines stated above, and finds

3   that the exclusion of time from June 22, 2020, through and including October 19, 2020, is warranted and

4   that the ends of justice served by the continuance outweigh the best interests of the public and the

5   defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance

6   would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §

7   3161(h)(7)(B)(iv).

8          IT IS SO ORDERED.

9

10  DATED:  __May 1, 2020__                          _____

11                                                  HON. RICHARD SEEBORG
                                                    United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CASE NO.
CR 19-0054 RS