DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Ross.weingarten@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EFREN CONTRERAS,<br><br>    Defendant. | NO. CR 19-0054-06 RS<br><br>STIPULATION REGARDING TRIAL DATE AND ORDER |

      The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Ross Weingarten, and defendant Efren Contreras, by and through his counsel of record, George Harris, hereby stipulate as follows:

    1.    This case is currently scheduled to begin trial on October 19, 2020, with a pretrial conference scheduled on September 30, 2020. On May 26, 2020, the Court informed the parties that the Court might not be available the week of October 19, 2020, and asked if the parties were available to begin trial on October 26, 2020. Both the government and defendant are available to begin the trial on October 26, 2020. Accordingly, the parties propose that the trial date be moved to Monday, October 26,

2020.  All pretrial deadlines, including the pretrial conference on September 30, 2020, will remain the same.

    2. The pretrial schedule is now as follows:

| EVENT | DATE |
|---|---|
| Deadline to Meet and Confer regarding Pretrial Statement<br>Produce Jenks and Giglio/Henthorn Material<br>Produce any Certified Translations | September 11, 2020 |
| Joint Pretrial Statement and Proposed Order<br>Stipulations of Fact<br>Joint Exhibit List<br>Witness List<br>Motions in Limine<br>Physical Exhibits/Demonstratives Exchanged | September 18, 2020 |
| Submission of Trial Exhibits to Court<br>Oppositions to Motions in Limine<br>Jury Questionnaire<br>Additional Jury Voir Dire Questions (if any)<br>Proposed Jury Instructions<br>Proposed Verdict Form<br>Optional Trial Brief | September 25, 2020 |
| Pretrial Conference | September 30, 2020 |
| Jury Pool Fills Out Questionnaire | October 23, 2020 |
| Jury Selection | October 26, 2020 |

    The defendant has been advised of the change of trial date and has no objection to the continuance.

    In addition, the parties agree that in order to allow for the effective preparation of counsel for the defendant, time should be excluded under the Speedy Trial Act between October 19, 2020 and October 26, 2020.

//
//
//
//
//

STIPULATION AND  ORDER CASE NO.
CR 19-0054 RS

1  The undersigned Assistant United States Attorneys certify that they have obtained approval from
2  counsel for the defendant to file this stipulation and proposed order.

4  IT IS SO STIPULATED.

6  DATED: May 27, 2020

DAVID L. ANDERSON
United States Attorney

             /s/
ROSS WEINGARTEN
SHAILIKA KOTIYA
Assistant United States Attorneys


             /s/
GEORGE C. HARRIS
Attorney for Efren Contreras

STIPULATION AND ORDER CASE NO.
CR 19-0054 RS

**ORDER**

For the reasons stated above, the Court adopts the trial date and deadlines stated above, and finds that the exclusion of time from October 19, 2020, through and including October 26, 2020, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: May 27, 2020

HON. RICHARD SEEBORG
United States District Judge