DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Ross.weingarten@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-0054-06 RS |
| Plaintiff, | |
| v. | STIPULATION REGARDING TRIAL DATE AND ORDER |
| EFREN CONTRERAS, | |
| Defendant. | |

    The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Ross Weingarten, and defendant Efren Contreras, by and through his counsel of record, George Harris, hereby stipulate as follows:

    1.    This case is currently scheduled to begin trial on December 7, 2020, with a pretrial conference scheduled for November 18, 2020. However, the parties have not yet set corresponding pretrial dates. Accordingly, the parties propose the following pretrial deadlines.

//

//

2. The pretrial schedule is now as follows:

| EVENT | DATE |
|---|---|
| Deadline to Meet and Confer regarding Pretrial Statement<br>Produce Jenks and Giglio/Henthorn Material<br>Produce any Certified Translations | October 28, 2020 |
| Joint Pretrial Statement and Proposed Order<br>Stipulations of Fact<br>Joint Exhibit List<br>Witness List<br>Motions in Limine<br>Physical Exhibits/Demonstratives Exchanged | November 4, 2020 |
| Submission of Trial Exhibits to Court<br>Oppositions to Motions in Limine<br>Jury Questionnaire<br>Additional Jury Voir Dire Questions (if any)<br>Proposed Jury Instructions<br>Proposed Verdict Form<br>Optional Trial Brief | November 11, 2020 |
| Pretrial Conference | November 18, 2020 |
| Jury Pool Fills Out Questionnaire | December 4, 2020 |
| Jury Selection | December 7, 2020 |

The defendant has been advised of the change of in pretrial deadlines and has no objection to the continuance.

//
//
//
//
//
//
//
//
//
//

STIPULATION AND ORDER CASE NO.
CR 19-0054 RS

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: September 10, 2020

DAVID L. ANDERSON
United States Attorney

*/s/*
ROSS WEINGARTEN
SHAILIKA KOTIYA
Assistant United States Attorneys


*/s/*
GEORGE C. HARRIS
Attorney for Efren Contreras

STIPULATION AND ORDER CASE NO.
CR 19-0054 RS

**ORDER**

For the reasons stated above, the Court adopts the pretrial deadlines stated above.

IT IS SO ORDERED.

DATED: 9/10/2020

_____
HON. RICHARD SEEBORG
United States District Judge

STIPULATION AND ORDER CASE NO.
CR 19-0054 RS