1  GEORGE C. HARRIS (CA SBN 111074)
   gharris@nortonlaw.com
2  THE NORTON LAW FIRM PC
   299 Third Street, Ste 200
3  Oakland, California 94607
   Telephone: (510) 906-4900
4  Fax: (510) 906-4910

5  Attorneys for Defendant
   EFREN CONTRERAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR-19-0054-06 RS |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SELF SURRENDER DATE** |
| v. | |
| EFREN CONTRERAS, | |
| Defendant. | |

Whereas Defendant Efren Contreras was scheduled to self-surrender on September 28, 2021 and designated to CI Giles W. Dalby in Post, Texas.

Whereas due to difficulties in travel to that location, Mr. Contreras was cleared by the U.S. Marshals Service to surrender at Santa Rita Jail.

Whereas Mr. Contreras arrived at Santa Rita Jail on September 28, 2021 to self-surrender but was told that due to his medical condition he would need medical clearance in order to do so.

Whereas Mr. Contreras has sought medical evaluation and treatment for that purpose and that process is continuing.

Defendant Efren Contreras, by his counsel George C. Harris, and the United States, by its counsel Assistant United States Attorney Ross Weingarten, hereby stipulate and agree that in light of Defendant's efforts to obtain medical clearance, Defendant's self-surrender date shall be continued to October 18, 2021.

Dated:  October 5, 2021         /s/ George C. Harris
                                GEORGE C. HARRIS
                                Attorney for Defendant
                                Efren Contreras

Dated:  October 5, 2021         /s/ Ross Weingarten
                                ROSS WEINGARTEN
                                Assistant United States Attorney

**ORDER**

Based on the stipulation between the parties in this case, and good cause showing, IT IS ORDERED that Defendant Efren Contreras's self-surrender date is continued to October 18, 2021.

**IT IS SO ORDERED.**

Dated: October 5, 2021

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE