1  GEORGE C. HARRIS (CA SBN 111074)
   gharris@nortonlaw.com
2  THE NORTON LAW FIRM PC
   299 Third Street, Ste 200
3  Oakland, California 94607
   Telephone: (510) 906-4900
4  Fax: (510) 906-4910

5  Attorneys for Defendant
   EFREN CONTRERAS

6

7

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,          Case No.    CR-19-0054-06 RS

13                  Plaintiff,          **STIPULATION AND
                                        ORDER CONTINUING
14          v.                          SELF SURRENDER DATE**

15   EFREN CONTRERAS,

16                  Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1    Whereas Defendant Efren Contreras was scheduled to self-surrender on

2 September 28, 2021 and designated to CI Giles W. Dalby in Post, Texas.

3    Whereas due to difficulties in travel to that location, Mr. Contreras was cleared by the

4 U.S. Marshals Service to surrender at Santa Rita Jail.

5    Whereas Mr. Contreras arrived at Santa Rita Jail on September 28, 2021 to self-surrender

6 but was told that due to his medical condition he would need medical clearance in order to do so.

7    Whereas Mr. Contreras has sought medical evaluation and treatment for that purpose and

8 the Court extended Mr. Contreras's surrender date to October 18, 2021 accordingly.  (Dkt. 278.)

9    Whereas that process is continuing and cannot be completed prior to October 18, 2021.

10    Defendant Efren Contreras, by his counsel George C. Harris, and the United States, by its

11 counsel Assistant United States Attorney Ross Weingarten, hereby stipulate and agree that in

12 light of Defendant's efforts to obtain medical clearance, Defendant's self-surrender date shall be

13 continued to November 1, 2021.

14

15   Dated:   October 14, 2021                    */s/ George C. Harris*
                                                   _____
16                                                 GEORGE C. HARRIS
                                                   Attorney for Defendant
17                                                 Efren Contreras

18

19   Dated:   October 14, 2021                    */s/ Ross Weingarten*
                                                   _____
20                                                 ROSS WEINGARTEN
                                                   Assistant United States Attorney

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

Based on the stipulation between the parties in this case, and good cause showing, IT IS ORDERED that Defendant Efren Contreras's self-surrender date is continued to November 1, 2021.

**IT IS SO ORDERED.**

Dated:   October 14, 2021

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE