GEORGE C. HARRIS (CA SBN 111074)
gharris@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Ste 200
Oakland, California 94607
Telephone: (510) 906-4900
Fax: (510) 906-4910

Attorneys for Defendant
EFREN CONTRERAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.   CR-19-0054-06 RS |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SELF SURRENDER DATE** |
| v. | |
| EFREN CONTRERAS, | |
| Defendant. | |

1 | Whereas Defendant Efren Contreras was scheduled to self-surrender on September 28, 2021 and designated to CI Giles W. Dalby in Post, Texas.

Whereas due to difficulties in travel to that location, Mr. Contreras was cleared by the U.S. Marshals Service to surrender at Santa Rita Jail.

Whereas Mr. Contreras arrived at Santa Rita Jail on September 28, 2021 to self-surrender but was told that due to his medical condition he would need medical clearance in order to do so.

Whereas Mr. Contreras has sought medical evaluation and treatment for that purpose and the Court has extended Mr. Contreras's surrender date to November 15, 2021.  (Dkt. 282.)

Whereas that process is continuing and the parties would like to schedule a status conference with the Court to discuss current status.

Defendant Efren Contreras, by his counsel George C. Harris, and the United States, by its counsel Assistant United States Attorney Ross Weingarten, hereby stipulate and agree that in light of Defendant's efforts to obtain medical clearance, Defendant's self-surrender date shall be continued to December 13, 2021.

Dated:   November 9, 2021        /s/ George C. Harris
                                 GEORGE C. HARRIS
                                 Attorney for Defendant
                                 Efren Contreras

Dated:   November 9, 2021        /s/ Ross Weingarten
                                 ROSS WEINGARTEN
                                 Assistant United States Attorney

## ORDER

Based on the stipulation between the parties in this case, and good cause showing, IT IS ORDERED that Defendant Efren Contreras's self-surrender date is continued to December 13, 2021.

**IT IS SO ORDERED.**

Dated: November 9, 2021

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE